[No. 59876-7-I. Division One. August 18, 2008.]

BARBARA HEBERT, *Appellant*, v. DAVID K. AULERICH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-35159-4, Charles W. Mertel, J., entered April 10, 2007. *Reversed* and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Ellington and Lau, JJ.

[No. 60027-3-I. Division One. August 18, 2008.]

PATRICIA C. PAULSON, *Appellant*, v. YICHUNG HUANG ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-35350-7, Harry J. McCarthy, J., entered April 20, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[No. 60590-9-I. Division One. August 18, 2008.]

DORIS M. BRAIN, *Respondent*, v. LESLIE RAE, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 04-2-05182-8, Vickie I. Churchill, J., entered June 26, 2007. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Lau and Leach, JJ.

[No. 61016-3-I. Division One. August 18, 2008.]

JENNIFER STRELOW, *Respondent*, v. LANDMARK PLAZA APARTMENT OWNERS ASSOCIATION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-23078-7, Christopher A. Washington, J., entered December 6, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler, C.J., and Leach, J.